UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID L. HARWOOD,<br><br>    Plaintiff,<br><br> vs.<br><br>DR. BOULEKAS,<br><br>    Defendant. | NO.  CV-06-243-FVS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

  BEFORE THE COURT is Plaintiff David L. Harwood's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 10) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

  Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 11) is **GRANTED** and the institution having custody of Mr. Harwood shall cease collection of the filing fee in this action, cause number **CV-06-243-FVS.**

  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.  The District Court

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

  **DATED** this___21st_____day of November 2006.


                          s/ Fred Van Sickle
                         FRED VAN SICKLE
                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2