AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

David Harwood

JUDGMENT IN A CIVIL CASE

v.

Dr. Boulekas

CASE NUMBER: 06-CV-243-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff's Motion to Voluntarily Dismiss is Granted.  This case is DISMISSED without prejudice and the case is closed.

| | |
|---|---|
| 11/21/06 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |